PD-0865&0866-15

F-13-59694

NO. F-13-56566

| | | |
|---|---|---|
| GABRIEL EDUARDO RAMIREZ | () | IN THE TEXAS COURT |
| | () | |
| VS. | () | OF CRIMINAL APPEALS |
| | () | RECEIVED IN |
| THE STATE OF TEXAS | () | AT AUSTIN COURT OF CRIMINAL APPEALS |

SEEKING DISCRETIONARY REVIEW FROM A DECISION BY THE
COURT OF APPEALS FOR THE FIFTH DISTRICT OF TEXAS AT DALLAS
IN CAUSE NOS. 05-14-01140-CR & 05-14-01141-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 13 2015
Abel Acosta, Clerk

PETITIONER'S , GABRIEL EDUARDO RAMIREZ'S MOTION TO EXTEND TIME
FOR FILING PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS
JUL 14 2015
Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Petitioner, Gabriel Eduardo Ramirez, pro se and

respectfully requests that the time for filing of Petitioner, Gabriel Eduardo Ramirez's

Petition for Discretionary Review in the above -styled and numbered cause be

extended. In support of this motion the Petitioner would show the Court the following:

I.

In Cause No. F13-56566-V Appellant was convicted of aggravated assault

punishment was assessed at confinement for twenty years in the Texas Department of

Criminal Justice, Institutional Division; in Cause No. F13-59694-V Appellant was

convicted of stalking and punishment was assessed at 10 years. The Court of Appeals

affirmed the appeal on June 23, 2015.

II.

The present deadline for filing of Petitioner /Appellant's Petition for

Discretionary Review is July 23, 2015. Petitioner respectfully requests an extension of

time until November-19 , 2015.

III.

No previous extension of time has been granted.

IV.

Petitioner would show the Court that a reasonable explanation exists for the requested extension. The facts on which petitioner relies to reasonably explain the need for this extension are as follows:

Petitioner has not had sufficient time after receipt of the opinion of the Court of Criminal Appeals to prepare his petition for discretionary review, pro se, for filing with this Court.

WHEREFORE, PREMISES CONSIDERED, Petitioner respectfully requests that the time for filing of the Petition for Discretionary Review be extended to the aforementioned date.

Gabriel Ramirez #1950322
Gabriel Eduardo Ramirez,
Petitioner
Smith unit 1313 Cr 19
Street
Lamesa TX 79331-1898
City,          State,          Zip

## Certificate of Service

I hereby certify that a true copy of the foregoing motion has been served on the Assistant District Attorney for Dallas County- Appellate Section, Frank Crowley Courts Building, Lock Box 19, Dallas, Texas 75207-4399 by depositing same in the United States Mail, Postage Prepaid, on this the _____ day of _____, 201__.

Gabriel Ramirez
Petitioner, Gabriel Eduardo Ramirez